```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
SUN LIFE ASSURANCE COMPANY OF
CANADA,
                                          ORDER TO DEPOSIT
        Plaintiff,                        FUNDS INTO THE
                                          REGISTRY OF THE COURT
     -against-
                                          17-CV-6054(KAM)(SMG)
ESTATE OF PETER VELEZ (Deceased),
DEENA GRAJALES, and MARILYN
FIGUEROA,

        Defendants.
----------------------------------X
```
**MATSUMOTO, United States District Judge:**

WHEREAS, Interpleader-Plaintiff Sun Life Assurance Company of Canada ("Sun Life") has filed a statutory interpleader action in the above captioned matter under 28 U.S.C. § 1335 concerning a dispute over $110,000 in life insurance proceeds (the "Proceeds");

WHEREAS, Sun Life seeks to deposit the Proceeds into the Registry of this Court;

WHEREAS, the deposit of the Proceeds into the Registry of this Court is a pre-condition to the court having subject matter jurisdiction over this matter under 28 U.S.C. § 1335, and the court having considered the papers on file, and for good cause shown:

1

IT IS SO ORDERED, that Sun Life deposit a check for $110,000, made payable to the Clerk of the Court, Eastern District of New York, into the Registry of this Court. This sum shall represent the life insurance proceeds due under Sun Life's group term insurance policy number 90638-001 issued to Bed, Bath & Beyond; and it is further

ORDERED, that as soon as the business of the Clerk's office allows, the Clerk shall deposit the sum of $110,000 into the Court Registry Investment System, Interest Bearing Account; and it is further

ORDERED, that the Clerk shall deduct from the income on the investment a fee equal to ten percent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, pursuant to Local Civil Rule 67.1; and it is further

ORDERED, that in all other respects the Proceeds, including all interest earned thereon up to and including the date of withdrawal, shall be held pending further order of the court; and it is further

ORDERED that Sun Life shall serve a copy of this order on the Clerk and the Financial Deputy of this Court pursuant to Local Civil Rule 67.1.

**SO ORDERED.**

Dated:   December 4, 2018
         Brooklyn, New York

/s/
**Kiyo A. Matsumoto**
**United States District Judge**